UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BROWN MEDIA CORPORATION
and ROY E. BROWN,

                Plaintiff,                             **JUDGMENT**

  - against -                              CV-15-0676 (ADS)(ARL)

K&L GATES, LLP, EDWARD M. FOX
and ERIC T. MOSER,

                Defendants.
----------------------------------------------------------X

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on November 21, 2015, granting Defendants' motion to dismiss the complaint in its entirety, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Defendants' motion to dismiss the complaint is granted in its entirety; and that this case is hereby closed.


Dated:  Central Islip, New York
          December 3, 2015

                                                        DOUGLAS C. PALMER
                                                        CLERK OF THE COURT

                                    By:    /s/ Catherine Vukovich
                                               Deputy Clerk